968

No. 585. N. SIMS ORGAN & Co., INC., ET AL. *v.* SECURITIES & EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied. *Harold Unterberg* for petitioners.

No. 75, Misc. WILLIS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 141, Misc. CRAWFORD *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for the United States et al.

No. 264, Misc. BEGGS *v.* ELLIS, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se. Will Wilson*, Attorney General of Texas, and *F. J. Maloney, Jr., Leon F. Pesek* and *Marvin F. Sentell*, Assistant Attorneys General, for respondent.

No. 475, Misc. GRACE *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 476, Misc. BUGELY *v.* RILEY, DISTRICT COURT JUSTICE, ET AL. Superior Court of Massachusetts, Suffolk County. Certiorari denied.

No. 522, Misc. DYSON *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.